AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Joshua Ariel Gutierrez-Estrada<br>Salvador Manuel Camacho-Rodriguez<br>Leroy Martinez-Felix<br>Jaime Luis Carrasquillo-Ortiz<br>*Defendant(s)* | Case No. 23-638 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____June 1, 2023_____ in the county of _____Fajardo_____ in the _____ District of _____Puerto Rico_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| .. 21 U.S.C. §§ 841 and 846 | Drug Trafficking (all defendants) |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Carrying a Firearm During and in Relation to a Drug Trafficking Crime (defendants Gutierrez-Estrada and Martinez-Felix only) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Van Otterloo   SA
*Printed name and title*

Approved by AUSA Victor O. Acevedo-Hernandez. The United States requests the temporary detention of the defendant(s). Sworn by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 at 9:10 a.m.

Date: 6/2/2023

_____
*Judge's signature*

City and state: San Juan, PR

Bruce J. McGiverin, US Magistrate Judge
*Printed name and title*