## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Nathan Van Otterloo, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Drug Enforcement Administration (DEA) within the meaning of Title 21, *United States Code*, Section 878(a). As such, I am empowered to conduct criminal investigations, arrests, searches, seizures, and any other law enforcement duties in furtherance of enforcing Title 21, United States Code. I have been a Special Agent with the Drug Enforcement Administration (DEA) since October, 2019. As a Special Agent, I received 16 weeks of training at the DEA Academy, located in Quantico, Virginia, where I became familiar with how controlled substances are consumed, manufactured, packaged, marketed and distributed. Before this, I served as an officer in the United States Marine Corps for over seven years. I am currently assigned to investigate drug trafficking organizations as a member of the High Intensity Drug Trafficking Area District Office in Ponce, Puerto Rico, which is comprised of law enforcement officers from State and local agencies.

2. During my law enforcement career, I have participated in several narcotic investigations of alleged criminal violations of the Controlled Substances Act laws. I have received substantive advanced training pertaining to the investigation of

*Affidavit in Support of Complaint Joshua Gutierrez-Estrada, Salvador Camacho-Rodriguez, Leroy Martinez-Felix, and Jaime Carrasquillo-Ortiz*

various crimes, which arise from narcotics trafficking. I have participated in investigations involving the purchase of controlled substances from suspected narcotics traffickers using both undercover operatives and confidential sources. I have also conducted numerous surveillance operations in connection with narcotics investigations. Through the course of these investigations, I have personally interviewed confidential sources and other persons involved in the distribution of illegal narcotics. I have also interviewed persons arrested for the distribution of illegal narcotics. Through my experience as a Special Agent with the DEA, my participation in the investigation of both domestic and international narcotics trafficking organizations, my conversations with known narcotics traffickers, my conversations with other Special Agents of the DEA familiar with narcotics trafficking and money laundering, and my training and experience, I have become familiar with the modus operandi of drug traffickers, which includes the use of cellular telephones and social media networks.

3. Because of my personal participation in this investigation and the information provided to me by other agents and officers, I am familiar with the facts and circumstances of this investigation. Further, my experience in investigating drug offenders, education, specialized training, and conversations with other drug agents and chemists formed the basis of the opinions and conclusions set forth below.

4. Because this Affidavit is submitted for the limited purpose of establishing probable cause, I have not included all details of every aspect of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause of

2

*Affidavit in Support of Complaint Joshua Gutierrez-Estrada, Salvador Camacho-Rodriguez, Leroy Martinez-Felix, and Jaime Carrasquillo-Ortiz*

the commission of federal crimes or offenses. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers involved in the investigation

### **PROBABLE CAUSE**

5. Agents of the United States Drug Enforcement Administration (DEA) Caribbean Division (hereinafter "Agents") are investigating the drug trafficking activities of Joshua Ariel Gutierrez-Estrada and his associates regarding their drug trafficking activities. The ongoing investigation concerns possible violations of 21 U.S.C. §§ 841(a)(1) (possession with intent to distribute and distribution of cocaine) and 846 (conspiracy to distribute controlled substances) and 18 U.S.C. § 1956 (money laundering).

6. On May 31, 2023, a DEA Confidential Source (CS) finalized the coordination for the purchase of 90 kilograms of cocaine for $13,800, for each kilogram, in United States Currency with Gutierrez-Estrada via telephone.

7. Gutierrez-Estrada told the DEA CS that they would conduct the transaction of 90 kilograms of cocaine, 30 kilograms at a time, for a total of three transactions in Fajardo, Puerto Rico.

8. On June 1, 2023, at approximately 2:00 p.m., agents established surveillance at the Eastern Plaza shopping center in Fajardo, PR.

9. At approximately 2:10 p.m., the DEA CS and a DEA Undercover Agent (UC) arrived to the parking lot of the Eastern Plaza shopping center in order to conduct the deal with Gutierrez-Estrada.

3

*Affidavit in Support of Complaint Joshua Gutierrez-Estrada, Salvador Camacho-Rodriguez, Leroy Martinez-Felix, and Jaime Carrasquillo-Ortiz*

10. At approximately 2:20 p.m., Gutierrez-Estrada arrived at the Eastern Plaza Shopping Center in a white 2013 Ford Explorer bearing Puerto Rico license plate IXV158 and met with the DEA CS and DEA UC.

11. While with the DEA UC and DEA CS, Gutierrez-Estrada made at least one phone call with the individuals that supposedly had the kilograms of cocaine.

12. At approximately 2:30 p.m., Gutierrez-Estrada left the parking lot of the Eastern Plaza shopping center in the white Ford Explorer.

13. At approximately 2:50 p.m., Gutierrez-Estrada returned to the Eastern Plaza shopping center and met with the DEA UC and DEA CS.

14. Gutierrez-Estrada than stated that the vehicle with the kilograms of cocaine was enroute to their position.

15. At approximately 2:52 p.m., a Green 1994 Mitsubishi Montero bearing Puerto Rico license plate JDI 522 arrived at the Eastern Plaza shopping center and met with Gutierrez-Estrada, the DEA CS, and the DEA UC.

16. Agents later determined that Jaime Luis Carrasquillo-Ortiz, Leroy Martinez-Felix, and Salvador Manuel Camacho-Rodriguez were inside the Mitsubishi Montero with Carrasquillo-Ortiz driving.

17. The Mitsubishi Montero is registered in Puerto Rico to Carrasquillo-Ortiz.

18. At this point, the DEA UC went to the Mitsubishi Montero and gave the pre-determined arrest signal indicating that the kilograms of cocaine were inside of the Mitsubishi Montero.

*Affidavit in Support of Complaint Joshua Gutierrez-Estrada, Salvador Camacho-Rodriguez, Leroy Martinez-Felix, and Jaime Carrasquillo-Ortiz*

19. Upon seeing the arrest signal, agents, wearing clearly marked clothing and equipment stating Police and DEA, began giving commands to Gutierrez-Estrada, Martinez-Felix, Camacho-Rodriguez, and Carrasquillo-Ortiz, at which point Gutierrez-Estrada, Martinez-Felix, and Camacho-Rodriguez fled on foot from the area and Carrasquillo-Ortiz fled in the Mitsubishi Montero.

20. Gutierrez-Estrada, Martinez-Felix, and Camacho-Rodriguez were arrested shortly after in the area.

21. While fleeing from police in the parking lot, two plastic bales fell from the Mitsubishi Montero, containing a total of 18 brick shaped objects of suspected cocaine.

22. Carrasquillo-Ortiz fled at a high rate of speed attempting to evade police.

23. During the pursuit, agents observed a cardboard box fall from the Mitsubishi Montero on Avenida Conquistador. Agents were able to seize this box and inside agents discovered an additional 4 brick shaped objects of suspected cocaine.

24. Carrasquillo-Ortiz continued to flee from police in the Mitsubishi Montero until he reached Calle P, located in between Calle 2 and Avenida Conquistador, at which point his vehicle was blocked and he exited the vehicle on foot.

25. Carrasquillo-Ortiz proceeded to enter residential properties, at which point agents lost visual and were unable to eventually locate Carrasquillo-Ortiz.

26. Inside of the white Ford Explorer agents seized a 9mm Sig Sauer pistol, which had a round in the chamber, and a total of 22 9mm rounds loaded in the pistol,

Case 3:23-cr-00254-SCC-BJM   Document 1-1   Filed 06/02/23   Page 6 of 7

*Affidavit in Support of Complaint Joshua Gutierrez-Estrada, Salvador Camacho-Rodriguez, Leroy Martinez-Felix, and Jaime Carrasquillo-Ortiz*

another magazine containing 17 9mm rounds, and a .38 Revolver loaded with a total of 6 .38 rounds.

27.  While arresting Martinez-Felix, agents seized a 9mm Glock, which had a round in the chamber, and a total 17 9mm rounds loaded.

28.  From the Mitsubishi Montero, agents seized approximately 700 grams of suspected marijuana.

29.  Following their arrest, agents transported Gutierrez-Estrada, Martinez-Felix, and Camacho-Rodriguez, along with the kilograms of suspected cocaine, to the DEA Fajardo Office for processing.

30.  Agents read the Miranda rights to Gutierrez-Estrada, Martinez-Felix, and Camacho-Rodriguez at the DEA Fajardo Office and all agreed to waive their rights and speak with agents.

31.  Martinez-Felix identified Jaime Luis Carrasquillo-Ortiz by photo and stated that he was one of the individuals inside of the Mitsubishi Montero.

32.  Camacho-Rodriguez identified Jaime Luis Carrasquillo-Ortiz by photo, stated that he was his cousin, and that he was one of the individuals inside of the Mitsubishi Montero.

## CONCLUSION

33.  Based upon my training, experience, and my participation in this investigation, I respectfully believe that probable cause exists to show that the defendants committed violations of a Federal Law, that is: conspiracy to possess and possession with intent to distribute five kilograms or more of a mixture or substance

6

*Affidavit in Support of Complaint Joshua Gutierrez-Estrada, Salvador Camacho-Rodriguez, Leroy Martinez-Felix, and Jaime Carrasquillo-Ortiz*

containing a detectable amount of cocaine, a Schedule II narcotic drug-controlled substance, in violation of 21 U.S.C. §§ 841(a) and 846 and possession of a firearm in furtherance of a drug trafficking crime and carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Nathan Van Otterloo
Special Agent
Drug Enforcement Administration

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 9:10 a.m. on this 2nd day of June 2023, in San Juan, Puerto Rico.

Hon. Bruce J. McGiverin
United States Magistrate Judge
District of Puerto Rico